| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Melissa Lupine Campos–Poehnert** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0541** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | Date case filed for chapter  **7**   **March 9, 2017** |
| Case number:   **17–10778–BFK** | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Melissa Lupine Campos–Poehnert | |
| 2. | **All other names used in the last 8 years** | aka Melissa Lupine Poenhert | |
| 3. | **Address** | 8300 Georgetown Pike <br> Mc Lean, VA 22102 | |
| 4. | **Debtor's attorney** <br> Name and address | Jeremy Calvin Huang <br> Woehrle Dahlberg Jones Yao PLLC <br> 10615 Judicial Dr. <br> Suite 102 <br> Fairfax, VA 22030 | Contact phone 7037550214 <br> Email: jeremy@huanglawoffice.com |
| 5. | **Bankruptcy trustee** <br> Name and address | H. Jason Gold <br> Nelson Mullins Riley & Scarborough LLP <br> 101 Constitution Avenue, N.W. <br> Suite 900 <br> Washington, DC 20001 | Contact phone (202) 712–2800 <br> Email: <br> jason.gold@nelsonmullins.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                                                    page 1

| 6. **Bankruptcy clerk's office** | 200 South Washington Street | **For the Court:** |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | Clerk of the Bankruptcy Court: William C. Redden<br><br>Date: March 10, 2017 |
| **McVCIS 24–hour case information:** Toll Free 1–866–222–8029 | | |

| 7. **Meeting of creditors** | **April 3, 2017 at 11:00 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **115 South Union Street, Suite 206, Alexandria, VA 22314** |

| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
|---|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: June 2, 2017** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov) and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:
Melissa Lupine Campos-Poehnert
    Debtor

Case No. 17-10778-BFK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: glennj     Page 1 of 1     Date Rcvd: Mar 10, 2017
                    Form ID: 309A     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.
```
db              +Melissa Lupine Campos-Poehnert,    8300 Georgetown Pike,    Mc Lean, VA 22102-1220
13794872        +New England Cryogenics Center,    500 Donald J. Lynch Boulevard,    Marlborough, MA 01752-4716
13794873         Nissan,    Norfolk, VA 23502-0000
13794874        +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: jeremy@huanglawoffice.com Mar 10 2017 23:32:25      Jeremy Calvin Huang,
                 Woehrle Dahlberg Jones Yao PLLC,    10615 Judicial Dr.,    Suite 102,    Fairfax, VA  22030
tr              +EDI: FHJGOLD.COM Mar 10 2017 23:18:00      H. Jason Gold,
                 Nelson Mullins Riley & Scarborough LLP,    101 Constitution Avenue, N.W.,    Suite 900,
                 Washington, DC 20001-2133
13794868        +E-mail/Text: phsusbankruptcynotices@partners.org Mar 10 2017 23:33:09
                 Brigham Womens Hospital,    75 Francis Street,    Boston, MA 02115-6106
13794869        +EDI: CAPITALONE.COM Mar 10 2017 23:18:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13794870        +EDI: WFNNB.COM Mar 10 2017 23:18:00      Comenity Capital/jjill,    Comenity Bank,
                 Po Box 182125,    Columbus, OH 43218-2125
13794875        +EDI: RMSC.COM Mar 10 2017 23:18:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
13794876         EDI: USBANKARS.COM Mar 10 2017 23:18:00      US Bank/Rms CC,    Card Member Services,
                 Po Box 108,    St Louis, MO 63166-0000
13794877        +EDI: WFFC.COM Mar 10 2017 23:18:00      Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,
                 Des Moines, IA 50306-0438
                                                                                               TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13794871         Hyundai
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:
```
              H. Jason Gold     jason.gold@nelsonmullins.com,
               VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;
               lori.stewart@nelsonmullins.com
              Jeremy Calvin Huang    on behalf of Debtor Melissa Lupine Campos-Poehnert jeremy@huanglawoffice.com
                                                                                              TOTAL: 2
```